UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CASE-MATE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLULARBOYS, LLC, d/b/a <br> CELLULAR BOYS, d/b/a <br> CELLULARBOYS <br><br> Defendants. | Case No. 1:13-cv-10102-DPW |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Case-Mate, Inc., by and through its undersigned counsel, hereby dismisses this lawsuit against all defendants without prejudice.

    Respectfully submitted,

    Case-Mate, Inc.
    By its attorney,

    */s/ Morgan T. Nickerson*
    Christopher S. Finnerty (BBO # 657320)
    chris.finnerty@nelsonmullins.com
    Morgan Nickerson (BBO#667290)
    Morgan.nickerson@nelsonmullins.com
    Nelson Mullins Riley & Scarborough LLP
    One Post Office Square, 30th Floor
    Boston, MA 02109
    (617) 573-4700
    (617) 573-4710 (fax)

Dated: May 28, 2013

## **CERTIFICATE OF SERVICE**

I, Morgan T. Nickerson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: May 28, 2013                                         */s/ Morgan T. Nickerson*